# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANTHONY CRABTREE**                                                                  **PLAINTIFF**

**v.**                          **Case No. 1:13-cv-00107 KGB**

**XTO ENERGY, INC. AND JOHN DOES I-X**                              **DEFENDANTS**

**ZURICH AMERICAN INSURANCE COMPANY**                       **INTERVENOR**

**XTO ENERGY, INC.**                                                     **THIRD-PARTY PLAINTIFF**

**v.**

**SANTA CLARA, INC. AND**
**COLONY INSURANCE COMPANY**                                **THIRD-PARTY DEFENDANTS**

## ORDER

Based on the written representations of the parties in correspondence to the Court, settlement has been consummated among all parties. Accordingly, this case is dismissed with prejudice in its entirety.

SO ORDERED this 2nd day of June, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE